AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

PAUL R. LONGSHORE,

    Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER: **3:11-cv-00592-RCJ-WGC**

LAKESIDE LENDING, LLC, et al.,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the Motions to Dismiss (Dkt. No.'s 2, 7 and 21) are GRANTED.


   December 9, 2011                                     **LANCE S. WILSON**
                                                      Clerk


                                                  /s/ Katie Lynn Ogden
                                                      Deputy Clerk