~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

PAUL R. LONGSHORE,

    Plaintiff,

V.

LAKESIDE LENDING, LLC, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-cv-00592-RCJ-WGC**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the Motions to Dismiss (Dkt. No.'s 2, 7 and 21) are GRANTED.

December 9, 2011

**LANCE S. WILSON**
Clerk

/s/ Katie Lynn Ogden
Deputy Clerk